# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2015

*The Court of Appeals hereby passes the following order:*

## A16I0011. BROADRICK L. SHROPSHIRE v. THE STATE.

Broadrick Shropshire has been indicted for malice murder, felony murder, and a number of other charges. Shropshire filed an application for interlocutory appeal in this Court, seeking review of the trial court's order granting the State's motion to disqualify his defense counsel. In *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984), the Supreme Court directed that we transfer "all cases in which either a sentence of death or life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases" to that Court. This instruction was upheld in *State v. Murray*, 286 Ga. 258, 259 (1) (687 SE2d 790) (2009) (if the murder count of the indictment remains pending below, jurisdiction of the appeal lies in the Supreme Court). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*